# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: VICTOR MELENDEZ & RUTH S. MELENDEZ  
1 BARRINGTON COURT  
LAKE IN THE HILLS, IL  60156

Case Number: 07-70128  
SSN-xxx-xx-7592 & xxx-xx-8339

Case filed on: 1/19/2007  
Plan Confirmed on: 5/4/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $7,510.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | COSTELLO & COSTELLO PC | 2,774.00 | 2,774.00 | 1,178.79 | 0.00 |
|   | Total Legal | 2,774.00 | 2,774.00 | 1,178.79 | 0.00 |
| 013 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | VICTOR MELENDEZ | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BENSONVILLE COMMUNITY CU | 6,000.00 | 4,200.00 | 2,260.13 | 554.92 |
| 002 | CONTINENTAL FURNITURE | 4,500.00 | 4,500.00 | 2,480.34 | 524.76 |
| 003 | COUNTRYWIDE HOME LOANS INC | 7,565.90 | 0.00 | 0.00 | 0.00 |
| 004 | COUNTRYWIDE HOME LOANS INC | 2,266.16 | 0.00 | 0.00 | 0.00 |
| 005 | NISSAN- INFINITI LT | 17,437.50 | 0.00 | 0.00 | 0.00 |
| 012 | NISSAN - INFINITI | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Secured | 37,769.56 | 8,700.00 | 4,740.47 | 1,079.68 |
| 001 | BENSONVILLE COMMUNITY CU | 934.83 | 273.48 | 0.00 | 0.00 |
| 002 | CONTINENTAL FURNITURE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE BANK (USA) NA | 556.19 | 55.62 | 0.00 | 0.00 |
| 007 | CAPITAL ONE BANK (USA) NA | 588.92 | 58.89 | 0.00 | 0.00 |
| 008 | PORTFOLIO RECOVERY ASSOCIATES | 874.41 | 87.44 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 531.05 | 53.11 | 0.00 | 0.00 |
| 010 | MCHENRY COUNTY COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 942.53 | 94.25 | 0.00 | 0.00 |
| 014 | ASSET ACCEPTANCE CORP | 2,448.20 | 244.82 | 0.00 | 0.00 |
| 015 | PORTFOLIO RECOVERY ASSOCIATES | 1,652.62 | 165.26 | 0.00 | 0.00 |
|   | Total Unsecured | 8,528.75 | 1,032.87 | 0.00 | 0.00 |
|   | Grand Total: | 49,072.31 | 12,506.87 | 5,919.26 | 1,079.68 |

Total Paid Claimant:       $6,998.94  
Trustee Allowance:         $511.06  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan